USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: AUG 19 2015

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOLANGE MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>SKANSKA USA INC. *and* SKANSKA USA CIVIL NORTHEAST INC.,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>1:15-cv-04618-RA-SN<br><br>**ORDER FOR PRO HAC VICE ADMISSION** |

The motion of John C. Petrella, Esq., for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of New Jersey; and that his/her contact information is as follows:

>Applicant's Name: John C. Petrella
>Firm Name: Genova Burns LLC
>Address: 494 Broad Street
>City/ State/ Zip: Newark, New Jersey 07102
>Telephone / Fax: (973)533-0777 / (973)522-1112
>E-Mail: jpetrella@genovaburns.com

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 8/19/15

_____
Hon. Ronnie Abrams, U.S.D.J.